Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 16−31591−VFP
                                        Chapter: 13
                                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Erica C. Clark
    1055 Bond Street, #1
    Elizabeth, NJ 07201

Social Security No.:
    xxx−xx−5428

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on October 26, 2017.

    On 11/07/2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  December 7, 2017
Time:                10:00 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 8, 2017
JAN: dlr

                                                                                                 Jeanne Naughton
                                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-31591-VFP
Erica C. Clark                                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1              Date Rcvd: Nov 08, 2017
                              Form ID: 185                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db             +Erica C. Clark,    1055 Bond Street, #1,    Elizabeth, NJ 07201-1473
516642243      +Capital One,    PO Box 30285,    Salt Lake City UT 84130-0285
516642244      +Credit One Bank,    PO Box 97773,    Las Vegas, NV 89193-7773
516642245      +Dept of Ed/Navient,    Attn: Claims Dept,    PO Box 9400,    Wilkes Barre, PA 18773-9400
516675100      +Elizabethtown Gas,    520 Green Lane,    Union, NJ 07083-7796
516642246      +Midwest Recovery Systems,    2747 W. Clay Street,    Saint Charles, MO 63301-2557
516709647      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516862610       Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516675101      +PSE&G,    80 Park Place, T5D,    Newark, NJ 07102-4194
516652327       State of New Jersey,    Motor Vehicle Violations Surcharge,    PO Box 4850,
                 Trenton, NJ 08650-4850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516710774      +E-mail/Text: g20956@att.com Nov 08 2017 22:44:41     AT&T Mobility LLC,    AT&T Services, Inc.,
                 Karen A, Cavagnaro,    One AT&T Way Room 3A104,    Bedminister, NJ 07921-2693
516494499      +E-mail/Text: bk.notifications@jpmchase.com Nov 08 2017 22:43:57     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516602482       E-mail/Text: bk.notifications@jpmchase.com Nov 08 2017 22:43:57     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505   AZ1-1191,    Phoenix, AZ 85038 - 9505
516642247      +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2017 22:46:36     Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
516725359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:59
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516675102      +E-mail/Text: bankruptcy@pseg.com Nov 08 2017 22:43:25     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
516642248      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2017 22:57:57     Spot Loan,
                 by American InfoSource LP,    PO Box 248838,    Oklahoma City, OK 73124-8838
516520150       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2017 23:03:37     Spot Loan,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Erica C. Clark jeneeciccarelli.fitzlaw@gmail.com,
               nadiafinancial@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
                                                                                              TOTAL: 5
```