Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31591−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erica C. Clark
   1055 Bond Street, #1
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−5428

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       1/4/18
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Sarah J. Crouch, Debtor's Attorney,

COMMISSION OR FEES
$1,700.00

EXPENSES
$93.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 5, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Erica C. Clark  
    Debtor

Case No. 16-31591-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 05, 2017  
                                        Form ID: 137      Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +Erica C. Clark,    1055 Bond Street, #1,    Elizabeth, NJ 07201-1473
516642243      +Capital One,    PO Box 30285,    Salt Lake City UT 84130-0285
516642244      +Credit One Bank,    PO Box 97773,    Las Vegas, NV 89193-7773
516642245      +Dept of Ed/Navient,    Attn: Claims Dept,    PO Box 9400,    Wilkes Barre, PA 18773-9400
516675100      +Elizabethtown Gas,    520 Green Lane,    Union, NJ 07083-7796
516642246      +Midwest Recovery Systems,    2747 W. Clay Street,    Saint Charles, MO 63301-2557
516709647      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516862610       Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516675101      +PSE&G,    80 Park Place, T5D,    Newark, NJ 07102-4194
516652327       State of New Jersey,    Motor Vehicle Violations Surcharge,    PO Box 4850,
                 Trenton, NJ 08650-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2017 23:06:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2017 23:06:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516710774      +E-mail/Text: g20956@att.com Dec 05 2017 23:07:13     AT&T Mobility LLC,    AT&T Services, Inc.,
                 Karen A, Cavagnaro,    One AT&T Way Room 3A104,    Bedminister, NJ 07921-2693
516494499      +E-mail/Text: bk.notifications@jpmchase.com Dec 05 2017 23:06:16     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516602482       E-mail/Text: bk.notifications@jpmchase.com Dec 05 2017 23:06:16     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505    AZ1-1191,    Phoenix, AZ 85038 - 9505
516642247      +E-mail/PDF: pa_dc_claims@navient.com Dec 05 2017 23:11:14     Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
516725359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 23:16:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516675102      +E-mail/Text: bankruptcy@pseg.com Dec 05 2017 23:05:34     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
516642248      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 23:16:45     Spot Loan,
                 by American InfoSource LP,    PO Box 248838,    Oklahoma City, OK 73124-8838
516520150       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 23:16:45     Spot Loan,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Erica C. Clark jeneeciccarelli.fitzlaw@gmail.com,
               nadiafinancial@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
                                                                                              TOTAL: 5
```