UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

Order Filed on January 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
ERICA C. CLARK

Case No.:    16-31591
Chapter:    13
Judge:    Papalia

ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 12, 2018**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Fitzgerald & Associates _____, the applicant, is allowed a fee of $ _____ 1700.00 _____ for services rendered and expenses in the amount of $ _____ 93.00 _____ for a total of $ _____ 1793.00 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 257.00 _____ per month for _____ 47 _____ months to allow for payment of the above fee.

*rev.8/1/15*