UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:

ERICA CLARK

Case No.: _____16-31591_____

Judge: _____Papalia_____

Chapter: 13


## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____, at _____.


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒ Certification of Default filed by _____Marie-Ann Greenberg_____,

I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
The Debtor will pay the arrears of $476.00 no later than February 23, 2018. She
requests any remaining arrears be rolled into the plan.

☐ Other **(explain your answer)**:

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _2/5/18_                                        _Eaeasn_

Debtor's Signature

Date: _____                          _____

Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*