Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Erica C. Clark,<br><br>Debtor. | Case No. 16-31591<br>(Chapter 13)<br><br>Hearing Date: August 2, 2018<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER VACATING THE AUTOMATIC STAY AS TO THE
2016 HONDA ACCORD (VIN: 1HGCR2F32GA148740)
WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)**

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: August 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Erica C. Clark
Case No.: 16-31591
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AS TO THE 2016 Honda Accord (VIN: 1HGCR2F32GA148740)WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2016 Honda Accord (VIN: 1HGCR2F32GA148740) ("Vehicle") and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.