Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31591−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erica C. Clark
   124 9th Street
   Piscataway, NJ 08824

Social Security No.:
   xxx−xx−5428

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/9/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 10, 2018
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Erica C. Clark
    Debtor

Case No. 16-31591-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 10, 2018
                          Form ID: 148    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
```
db            +Erica C. Clark,    124 9th Street,    Piscataway, NJ 08854-1512
516642244     +Credit One Bank,    PO Box 97773,    Las Vegas, NV 89193-7773
516642245     +Dept of Ed/Navient,    Attn: Claims Dept,    PO Box 9400,    Wilkes Barre, PA 18773-9400
516675100     +Elizabethtown Gas,    520 Green Lane,    Union, NJ 07083-7796
516642246    #+Midwest Recovery Systems,    2747 W. Clay Street,    Saint Charles, MO 63301-2557
516709647     +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
516675101     +PSE&G,    80 Park Place, T5D,    Newark, NJ 07102-4194
516652327      State of New Jersey,    Motor Vehicle Violations Surcharge,    PO Box 4850,
                Trenton, NJ 08650-4850
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2018 22:39:56      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2018 22:39:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516710774     +EDI: CINGMIDLAND.COM Aug 11 2018 02:33:00      AT&T Mobility LLC,    AT&T Services, Inc.,
                Karen A, Cavagnaro,    One AT&T Way Room 3A104,    Bedminister, NJ 07921-2693
516642243     +EDI: CAPITALONE.COM Aug 11 2018 02:33:00      Capital One,    PO Box 30285,
                Salt Lake City UT 84130-0285
516494499     +EDI: CAUT.COM Aug 11 2018 02:33:00      Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516602482      EDI: CAUT.COM Aug 11 2018 02:33:00      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505    AZ1-1191,    Phoenix, AZ 85038 - 9505
516642247     +EDI: NAVIENTFKASMSERV.COM Aug 11 2018 02:33:00      Navient,    Attn: Claims Dept,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
516862610      EDI: NAVIENTFKASMSERV.COM Aug 11 2018 02:33:00      Navient Solutions, LLC. on behalf of,
                Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
516725359      EDI: PRA.COM Aug 11 2018 02:33:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516675102     +E-mail/Text: bankruptcy@pseg.com Aug 10 2018 22:39:35      PSE&G,    PO Box 490,
                Cranford, NJ 07016-0490
516642248     +EDI: AIS.COM Aug 11 2018 02:33:00      Spot Loan,    by American InfoSource LP,    PO Box 248838,
                Oklahoma City, OK 73124-8838
516520150      EDI: AIS.COM Aug 11 2018 02:33:00      Spot Loan,    by American InfoSource LP as agent,
                PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 12
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
```
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 10, 2018
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jenee K. Ciccarelli    on behalf of Debtor Erica C. Clark jenee@ciccarellilegal.com,
           nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
                                                                                       TOTAL: 6