Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

**Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    Erica C. Clark,

           Debtor.

Case No. 16-31591
(Chapter 13)

Hearing Date: August 2, 2018

Judge: Hon. Vincent F. Papalia

### ORDER VACATING THE AUTOMATIC STAY AS TO THE 2016 HONDA ACCORD (VIN: 1HGCR2F32GA148740) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: August 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Erica C. Clark
Case No.: 16-31591
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AS TO THE 2016 Honda Accord (VIN: 1HGCR2F32GA148740) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2016 Honda Accord (VIN: 1HGCR2F32GA148740) ("Vehicle") and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Erica C. Clark  
     Debtor

Case No. 16-31591-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 10, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.  
db        +Erica C. Clark,    124 9th Street,    Piscataway, NJ 08854-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:  
      Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
       alex@winstonandwinston.com  
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      Jenee K. Ciccarelli    on behalf of Debtor Erica C. Clark jenee@ciccarellilegal.com,  
       nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Nicholas Fitzgerald    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com  
      Sarah J. Crouch    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com,  
       nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
                                                                                                            TOTAL: 6