| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on August 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  16-31591VFP |
| IN RE:<br><br>    ERICA C. CLARK | Judge:  VINCENT F. PAPALIA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: August 9, 2018

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ERICA C. CLARK

Case No.: 16-31591VFP

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered t debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor having failed to comply with that order as set forth in the attached certification, and good and sufficient ca appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional applica filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Erica C. Clark  
      Debtor

Case No. 16-31591-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 10, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.  
db         +Erica C. Clark,    124 9th Street,    Piscataway, NJ 08854-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:

       Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
        alex@winstonandwinston.com  
       Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Jenee K. Ciccarelli    on behalf of Debtor Erica C. Clark jenee@ciccarellilegal.com,  
        nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas Fitzgerald    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com  
       Sarah J. Crouch    on behalf of Debtor Erica C. Clark nickfitz.law@gmail.com,  
        nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
                                                                                                         TOTAL: 6